# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of South Dakota

Case Number: 4:23-CV-04102-RAL

Plaintiff:
**FIRST CHOICE ENTERPRISES, INC., dba J&J MAGNET**

vs.

Defendant:
**CITY MAGNETS, INC.**

For:
Woods Fuller Law Firm
300 South Phillips Ave. #300
Sioux Falls, SD 57104

Received by Action Legal Process to be served on **City Magnets, Inc., 14078 S. Highway 5, Stacey Fisher - Registered Agent, Sunrise Beach, MO 65079**.

I, Darin McNeely, being duly sworn, depose and say that on the **20th day of July, 2023** at **4:22 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil ActionComplaint Jury Trial Demanded** with the date and hour of service endorsed thereon by me, to: **Stacey Fisher** Registered Agent for **Registered Agent** at the address of: **14078 S. Highway 5, City Magnets, Inc., Sunrise Beach, MO 65079** on behalf of **City Magnets, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Caucasian, Height: 5'7", Weight: 140, Hair: Auburn, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 21 day of July, 2023 by the affiant who is personally known to me by presenting photo identification.

_Antonia K. Fuller_
NOTARY PUBLIC

STATE OF Missouri

COUNTY OF Camden

ANTONIA K FULLER
Notary Public – Notary Seal
STATE OF MISSOURI
Camden County
My Commission Expires Jan. 6, 2027
Commission #15632166

Darin McNeely

Action Legal Process
6812 N. Oak Trafficway
Suite 2
Kansas City, MO 64118
(888) 511-1919

Our Job Serial Number: RTI-2023029620
Ref: JEE - 59318

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

