UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| FIRST CHOICE ENTERPRISES, INC., dba J&J MAGNET, a South Dakota Corporation, | : | 4:23-cv-04102-RAL |
| Plaintiff, | : | |
| v. | : | |
| CITY MAGNETS, INC., a Missouri Corporation; and TOWN-LINK LLC, a Minnesota Limited Liability Company, | : | |
| | : | |
| Defendants, | : | **STIPULATION TO AMEND COMPLAINT** |
| CITY MAGNETS, INC., | : | |
| Third-Party Plaintiff, | : | |
| v. | : | |
| JEFF OLSEN, CORY RAMSEY, and JED LINDSTROM, | : | |
| | : | |
| Third-Party Defendants. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

Under Federal Rule of Civil Procedure 15(a)(2), the above-named parties, through their undersigned counsel, stipulate that Plaintiff may amend its Complaint in the form attached as Exhibit A.

Dated this 27th day of March, 2024.

WOODS, FULLER, SHULTZ & SMITH P.C.

By_____

Sander J. Morehead
Joel E. Engel III
300 South Phillips Avenue, Suite 300
Sioux Falls, South Dakota 57104
(605) 336-3890
Sander.Morehead@woodsfuller.com
Joel.Engel@woodsfuller.com
*Attorneys for Plaintiff and Third-Party Defendants*

2

Dated this 27th day of March, 2024.

ARTHUR, CHAPMAN, KETTERING, SMETAK
& PIKLA, P.A.

By _____

William J. McNulty
Colby B. Lund, *Admission PHV Pending*
500 Young Quinlan Building 81
South Ninth Street Minneapolis,
MN 55402-3214
P: (612) 339-3500
F: (612) 339-7655
cblund@ArthurChapman.com
wmcnulty@ArthurChapman.com
*Attorneys for Defendant and Third-Party Plaintiff*

3

4857-7345-0161, v. 1